Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

|  |  |
|---|---|
| Rosal E. Salas, | No. CV 15-1029-PHX-GMS |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| Experian Information Solutions, Inc., | |
| Defendant. | |

Plaintiff, by and through counsel, hereby gives notice that the parties have reached a settlement in this action. Upon execution of the settlement documents, the parties will file the appropriate dismissal documents with the court.

/ / /

/ / /

1

2    DATED    October 16, 2015   .

3

4                              s/ Floyd W. Bybee
                            Floyd W. Bybee, #012651
5                           **BYBEE LAW CENTER, PLC**
                            90 S. Kyrene Rd., Ste. 5
6                           Chandler, AZ 85226-4687
                            Office: (480) 756-8822
7                           Fax: (480) 302-4186
                            floyd@bybeelaw.com
8
                            Attorney for Plaintiff
9

10                      **CERTIFICATE OF SERVICE**

11
    The undersigned certifies that on   October 16, 2015  , a copy of this document
12   was electronically transmitted to the Clerk's Office using the CM/ECF System
    for filing and transmittal of a Notice of Electronic Filing to the following
13   CM/ECF registrants:

14   Angela M. Taylor
    Jones Day
15   3161 Michelson Dr Ste 800
    Irvine, CA 92612-4408
16
    Attorneys for Defendant
17

18   by    s/ Floyd W. Bybee

19

20

21

22

23

24

25

                              - 2 -