# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rosal E. Salas, | No. CV-15-01029-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Experian Information Solutions Incorporated, | |
| Defendant. | |

**IT IS ORDERED** granting the parties' Stipulation of Dismissal with Prejudice (Doc. 17), with each party to bear their own attorneys' fees and costs.

Dated this 4th day of November, 2015.

_____
Honorable G. Murray Snow
United States District Judge